UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   09-cr-00482-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GREGORY SAEED FLOYD,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, December 14, 2009,** and responses to these motions shall be filed by **Friday, December 18, 2009** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, December 22, 2009, at 3:00 p.m. in courtroom A-1002**  It is

FURTHER ORDERED that a 4-day jury trial is set to commence on **Tuesday, January 19, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: December 2, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge