UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   09-cr-00482-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  GREGORY SAEED FLOYD,

Defendant.

---

## PROTECTIVE ORDER

---

This matter is before the Court on the parties' Stipulated Motion for Protective

Order (doc. # 16).  The Court, having reviewed the motion and being fully advised in the

premises,

ORDERS that the Stipulated Motion for Protective Order is **GRANTED**.  In

accordance therewith, it is

ORDERED that no names, addresses, telephone numbers, or other confidential

material, to be identified by the Government, will be disclosed by Defendant and his

counsel to any third party without notice to and approval of the Government and

necessary for the defense of Defendant.

Dated:  December 29, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge