UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00482-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GREGORY SAEED FLOYD,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the hearing on the pending motions to suppress set for Tuesday, September 14, 2010 at 9:30 a.m. is **RESET** to **Wednesday, October 27, 2010, at 2:00 p.m.**  The Court has allocated the remainder of the afternoon for the hearing.

      Dated:  August 16, 2010