UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00482-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GREGORY SAEED FLOYD,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The parties' oral Stipulated Request to **VACATE** the sentencing hearing set for **Wednesday, August 17, 2011 at 10:00 a.m.** and **RESET** it for **Thursday, August 18, 2011 at 2:00 p.m.** is **Granted**.

    Dated:  August 15, 2011