IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   09-cr-00482-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GREGORY SAEED FLOYD,

       Defendant.

_____

**ORDER**

_____

       This matter is before the Court on the Defendant's "Unopposed Motion to

Reduce Sentence Pursuant to 18 U.S.C. § 3582."  Having considered the motion and

the agreement of the parties represented therein, the Court finds: 1) the sentence

previously imposed has subsequently been lowered and made retroactive by the United

States Sentencing Commission pursuant to 28 U.S.C. § 994(u);  2) the defendant is

eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10;  3) the amended

guideline range as reflected in the unopposed motion is correctly calculated.

       The Court's determination of the Guideline Range prior to any departures is as

follows:

| | |
|---|---|
| Previous Offense Level: | 31 |
| Criminal History Category: | VI |
| Previous Guideline Range: | 188-235 months |
| | |
| Amended Offense Level: | 29 |
| Criminal History Category: | VI |
| Amended Guideline Range: | 151-188 months |

Based on the foregoing, it is

ORDERED that Defendant's Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 [ECF No. 76], filed July 15, 2015, is **GRANTED.**  Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 176 months imprisonment is reduced to **151 months**, EFFECTIVE November 1, 2015.  It is

FURTHER ORDERED that all other provisions of the Judgment entered on October 12, 2011, shall remain in effect.

Dated:  July 27, 2015.

BY THE COURT:


**/s/ Wiley Y. Daniel**
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE